IN THE DISTRICT COURT OF APPEAL
FIRST DISTRICT, STATE OF FLORIDA

CHRISTOPHER MCRAE,

    Petitioner,

v.

STATE OF FLORIDA,

    Respondent.

_____/

NOT FINAL UNTIL TIME EXPIRES TO
FILE MOTION FOR REHEARING AND
DISPOSITION THEREOF IF FILED

CASE NO. 1D17-1954

Opinion filed September 27, 2017.

Petition for Belated Appeal -- Original Jurisdiction.

Christopher McRae, pro se, Petitioner.

Pamela Jo Bondi, Attorney General, Tallahassee, for Respondent.

PER CURIAM.

    Petitioner is granted a belated appeal of the May 25, 2017, order denying defendant's motions for postconviction relief in Duval County Circuit Court case number 16-2011-CF-001791-AXXX-MA. Upon issuance of mandate in this cause, a copy of this opinion shall be provided to the clerk of the circuit court for treatment as the notice of appeal. Fla. R. App. P. 9.141(c)(6)(D).

ROBERTS, WETHERELL, and ROWE, JJ., CONCUR.